IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SCOTT L. APEL,
    Plaintiff,

vs.                              CASE NO.: 3:06cv126/MCR/MD

FEDERAL BUREAU OF INVESTIGATION,
    Defendant.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 5, 2006. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

    Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This cause is DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(B), and the clerk is directed to close the file.

    DONE AND ORDERED this 18th day of April, 2006.

                                _s/ M. Casey Rodgers_
                                **M. CASEY RODGERS**
                                **UNITED STATES DISTRICT JUDGE**